IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STAPE, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :   CIVIL NO. 3:13-CV-02308 |
| | : |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | :   (Judge Brann) |
| | : |
| Defendant | : |

O R D E R

April 14, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1.  The Clerk of Court shall enter judgment in favor of the Commissioner and against William Stape as set forth in the following paragraph.

    2.  The decision of the Commissioner of Social Security denying William Stape disability insurance benefits is affirmed.

    3.  The Clerk of Court shall close this case.

                                                BY THE COURT:

                                                s/Matthew W. Brann
                                                Matthew W. Brann
                                                United States District Judge